THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER H. CURTIS, Appellant.

*People v. Curtis*, 152 App. Div. 372, affirmed.
(Argued November 25, 1912; decided December 10, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 10, 1912, which affirmed a judgment of the Monroe County Court rendered upon a verdict convicting the defendant of the crime of maintaining a public nuisance.

*Philetus Chamberlain* for appellant.

*John W. Barrett, District Attorney (James Mann* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, CHASE and COLLIN, JJ. Not voting: VANN, J..